United States District Court
Southern District of Texas
**ENTERED**
June 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERNANDO AND MARIA SAUCEDA | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-1550 |
| | § | |
| NATIONWIDE GENERAL INSURANCE | § | |
| COMPANY AND ERNADA KARAJIC | § | |
| *Defendants.* | § | |

## ORDER REGARDING JOINT AGREED MOTION TO REMAND

On this date, the Court considered the Joint Agreed Motion to Remand filed by Defendant, Nationwide General Insurance Company and Plaintiffs Fernando and Maria Sauceda. After consideration of the same the Court is of the opinion that the motion should be and is hereby GRANTED. This case is hereby REMANDED to the 152nd Judicial District of Harris County, Texas.

Signed this ___2nd___ day of ___June___, 2017.

*[signature]*

Hon. Keith P. Ellison
United States District Judge